UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

SCOTT JOHNSON,

    Plaintiff,

v.

SABEK, INC.,

    Defendant.

Case No. 5:19-cv-06163-EJD

**ORDER TO SHOW CAUSE**

On March 27, 2020, the Court issued an order waiving the requirements of an in-person settlement meeting pursuant to General Order 56 and allowing the parties and counsel to meet and confer remotely due to the COVID-19 health crisis. Dkt. No. 20. The Court further referred the matter to mediation to be held remotely upon notice of the remote settlement meeting having been completed. Neither party has filed a Notice of Need for Mediation or any indication that the settlement conference took place.

THE COURT hereby issues an ORDER TO SHOW CAUSE why Plaintiff's claims should not be dismissed for failure to prosecute, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

If Plaintiff fails to file a written response to this order to show cause by September 25, 2020, the case shall be dismissed for failure to prosecute.

**IT IS SO ORDERED.**

Dated: September 10, 2020

EDWARD J. DAVILA
United States District Judge

Case No.: 5:19-cv-06163-EJD
ORDER TO SHOW CAUSE

1